NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**M.R. MIKKILINENI,**
*Plaintiffs-Appellant,*

v.

**ROBERT STOLL, COMMISSIONER OF PATENTS,**
*Defendant-Appellee.*

---

2010-1362

---

Appeals from the United States District Court for the Eastern District of Virginia in case no. 09-CV-1412, Judge Leonie M. Brinkema.

---

## ON MOTION

---

## ORDER

M.R. Mikkilineni moves to expedite the assignment of this case to an oral argument calendar.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the case will be assigned to the next available calendar.

FOR THE COURT

**SEP 1 3 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: M.R. Mikkilineni
    Raymond T. Chen, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 1 3 2010

**JAN HORBALY**
**CLERK**